425 A.2d 846

Commonwealth v. Tippens, Appellant.

Argued June 5, 1979. Irene H. Cotton, for appellant; Val Wilson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HOFFMAN and DOWLING, JJ.*

Judgment of sentence affirmed.

* Judge John C. Dowling, of the Court of Common Pleas of Dauphin County, Pennsylvania, is sitting by designation.